Theresa B. BRADLEY, Plaintiff—
Appellant,

v.

CVS CORPORATION; CVS of Bethes-
da, LLC; CVS Pharmacy, d/b/a CVS
Pharmacy Store # 1831; Midas, In-
corporated; Midas Auto Repair and
Service Harford Car Care; Stephen
Tennant; Shane Ross; Sam Doppler;
Yuriy Bronfman; Elena Donskaia;
State Auto Insurance Company; Lar-
issa Miller; Scott Patrick Burns, De-
fendants—Appellees.

No. 08–2046.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 27, 2009.

Theresa B. Bradley, Appellant Pro Se.
Scott Patrick Burns, Toyja E. Kelley, Tyd-
ings & Rosenberg, LLP, Baltimore, Mary-
land; Frank Furst Daily, III, Law Offices
of Frank F. Daily, PA, Hunt Valley, Mary-
land; Herbert Romulus O'Conor, III,
O'Conor Grant & Samuels, Towson, Mary-
land; Betty Sue Diener, Marks, O'Neill,
O'Brien & Courtney, Towson, Maryland,
for Appellees.

Before WILKINSON and AGEE,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Theresa Bradley appeals the district
court's order granting the Appellees' mo-
tion to dismiss Bradley's civil complaint.
We have reviewed the record and find no
reversible error. Accordingly, we deny as
moot Bradley's motion to vacate this
court's dismissal for failure to prosecute
and affirm for the reasons stated by the
district court. *Bradley v. CVS Corp.,* No.
8:07–cv–02732–PJM (D.Md. Aug. 28, 2008).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*